**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN THE MATTER OF:

   DAVID ALLAN MEYERS            CASE NO.: 10-63403
                                                  Chapter 7
       Debtor                            JUDGE: TUCKER
_____/

MICHAEL J. VINCENT
       Plaintiff,

v.

DAVID ALLAN MEYERS            ADVERSARY CASE NO.: 10-07038-tjt

       Defendant
_____/


**ORDER EXTENDING DEADLINES TO FILE A RESPONSE**

    The parties having agreed to the terms herein, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given, now therefore;

    **IT IS HEREBY ORDERED** the Debtor's time to file an Answer to the Adversary Complaint shall be extended until January 15, 2011.

    **IT IS FURTHER ORDERED THAT no additional extensions will be granted.**

Signed on December 02, 2010

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge